**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edward STARGEN, a/k/a Cousin,**
**Defendant–Appellant.**

No. 04–7572.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2004.

Decided: Dec. 17, 2004.

Edward Stargen, Appellant pro se.

Robert H. McWilliams, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Stargen appeals a district court order denying his motion for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure and seeking relief as a writ of error coram nobis. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. *See United States v. Stargen,* No. CR–99–30 (N.D.W.Va., Sept. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*